UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMANDA R. GORE,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. C14-0956-JCC-JPD<br><br>ORDER REVERSING AND<br>REMANDING CASE FOR FURTHER<br>ADMINISTRATIVE PROCEEDINGS |

The Court, after careful consideration of the record, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the lack of objections thereto, hereby ORDERS:

    (1)    The Report and Recommendation (Dkt. No. 49) is ADOPTED.

    (2)    The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

    (3)    The Clerk is DIRECTED to send copies of this order to the parties and to Judge Donohue.

    //

1   DATED this 8th day of August 2016.

2

3

4

5

6

7

                            John C. Coughenour
8                               UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER REMANDING CASE
PAGE - 2